# EXHIBIT A

# Claim Chart

# U.S. Patent No. 9,696,847

# User-Defined Gesture Enablement Protocols for Touch Input Device

# OnePlus

# Pattern Lock

| Claim 13 | Evidence of Infringement |
|---|---|
| 13. A user interface method, comprising: | OnePlus makes, uses, imports, sells and/or offers for sale Android smartphones that perform the methods claimed by U.S. Patent No. 9,696,847.  For example, OnePlus Android smartphones implement the method of claim 13 when configuring or implementing Pattern Lock, for which OnePlus provides instruction (at least) in its product user guides.<br><br>**Device security**<br><br>**Screen lock**<br><br>Set the screen lock:<br><br>● **None:** Turn on the screen and enter the home screen.<br><br>● **Swipe:** Swipe up on screen to unlock.<br><br>● **Pattern:** Set a sliding pattern of more than four points to unlock.<br><br>*See, e.g.,* OnePlus 7T Pro User Manual, available at https://s3.amazonaws.com/oneplussupport/User+manual/OnePlus+7+Pro/User+Manual+20190509.pdf |

2

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol; | OnePlus smartphones define an enablement protocol for a function of an electronic device when a user sets a pattern for pattern lock.<br><br> <br><br>https://www.wikihow.tech/Set-a-Pattern-Lock-in-Android; *see also, e.g.,* https://s3.amazonaws.com/oneplussupport/User+manual/OnePlus+7+Pro/User+Manual+20190509.pdf<br><br>https://www.youtube.com/watch?v=AOlNG5Uj0sY |

| Claim 13 | Evidence of Infringement |
|---|---|
| defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol; | The pattern is a user-defined gesture for touch input on the touch screen of a OnePlus smartphone.<br><br><br><br>https://www.wikihow.tech/Set-a-Pattern-Lock-in-Android; *see also, e.g.,* https://s3.amazonaws.com/oneplussupport/User+manual/OnePlus+7+Pro/User+Manual+20190509.pdf<br><br>https://www.youtube.com/watch?v=AOlNG5Uj0sY |

4

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device <span style="color:green">by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol</span>; | OnePlus smartphones define an enablement protocol by displaying a grid on which a user can draw a pattern (i.e., displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures) and interpreting a pattern drawn by the user (i.e., inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol).<br><br> <br><br>https://www.wikihow.tech/Set-a-Pattern-Lock-in-Android; *see also, e.g.,* https://s3.amazonaws.com/oneplussupport/User+manual/OnePlus+7+Pro/User+Manual+20190509.pdf | https://www.youtube.com/watch?v=AOlNG5Uj0sY |

| **Claim 13** | **Evidence of Infringement** |
|---|---|
| retaining said enablement protocol of said function; and | OnePlus smartphones store the pattern (i.e., said enablement protocol of said function) for future use after a user draws the pattern (e.g., by selecting "CONTINUE").  https://www.wikihow.tech/Set-a-Pattern-Lock-in-Android; *see also, e.g.,* https://s3.amazonaws.com/oneplussupport/User+manual/OnePlus+7+Pro/User+Manual+20190509.pdf  https://www.youtube.com/watch?v=AOlNG5Uj0sY |

| Claim 13 | Evidence of Infringement |
|---|---|
| displaying the at least two visual indicators on the touch-sensitive area of the display screen and receiving a gesture for touch input on the touch sensitive area of the display screen that substantially reproduces the user-defined gesture that includes the continuous touch which terminates at the one of the at least two visual indicators corresponding to said retained enablement protocol to enable said function. | OnePlus smartphones confirm a pattern by displaying a grid on which a user can draw a pattern (i.e., displaying the at least two visual indicators on the touch-sensitive area of the display screen ) and receiving from the touch screen display a pattern drawn by a user (i.e., receiving a gesture for touch input on the touch sensitive area of the display screen that substantially reproduces the user-defined gesture that includes the continuous touch which terminates at one of the at least two visual indicators corresponding to said retained enablement protocol to enable said function).<br><br> <br><br>https://www.youtube.com/watch?v=AOlNG5Uj0sY<br><br>https://www.wikihow.tech/Set-a-Pattern-Lock-in-Android; *see also, e.g.,* https://s3.amazonaws.com/oneplussupport/User+manual/OnePlus+7+Pro/User+Manual+20190509.pdf |