IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO. LTD.,<br><br>ONEPLUS USA CORP.,<br><br>AND<br><br>ONEPLUS MOBILE COMMUNICATIONS (GUANGDONG) CO., LTD.<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | **C.A. No. 3:20-cv-01601**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: June 16, 2020                                Respectfully submitted,

/s/ *Jonathan H. Rastegar*
Jonathan H. Rastegar
Texas Bar No. 24064043
T. William Kennedy Jr.
Texas Bar No. 24055771

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jrastegar@bcpc-law.com
bkennedy@bcpc-law.com

Attorneys for Plaintiff
**TACTUS TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of Plaintiff's Corporate Disclosure Statement via the Court's CM/ECF system per Local Rule 5.1. on this the 16th day of June, 2020

/s/ *Jonathan H. Rastegar*