UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TACTUS TECHNOLOGIES, LLC § | |
| § | |
| Plaintiff(s), § | |
| VS. § | CIVIL ACTION NO. 3:20-CV-01601 |
| § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) § | |
| CO, LTD, ET AL § | |
| § | |
| Defendant(s). § | |

## AFFIDAVIT OF SERVICE

Came to my hand on **Wednesday, June 17, 2020 at 12:35 PM**,
Executed at: **1810 E SAHARA AVE, STE 215, LAS VEGAS, NV 89104**
within the county of **CLARK** at **3:52 PM**, on **Thursday, June 18, 2020**,
by individually and personally delivering to the within named:

**ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD**

By delivering to its **Registered Agent, LEGALINC CORPORATE SERVICES**
By delivering to its **Authorized Agent, PAIGE B**, a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF'S ORIGINAL COMPLAINT
FOR PATENT INFRINGEMENT WITH EXHIBIT A AND CIVIL COVER SHEET**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **BERT LOTT** who after being duly sworn on oath states: "My name is **BERT LOTT**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Nevada. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
**BERT LOTT**-PROCESS SERVER #1471

Subscribed and Sworn to by BERT LOTT, Before Me, the undersigned authority, on this
__25th__ day of **June, 2020.**

JILL JUDD
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4862-1
MY APPT. EXPIRES SEPTEMBER 14, 2023

_____
Notary Public in and for the State of Nevada

2020001324