UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES, LLC | § § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-01601 |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO, LTD, ET AL | § § § | |
| Defendant(s). | § § | |

## AFFIDAVIT OF SERVICE

Came to my hand on **Wednesday, June 17, 2020 at 2:45 PM,**
Executed at: **1810 E SAHARA AVE, STE 215, LAS VEGAS, NV 89104**
within the county of **CLARK** at **3:52 PM,** on **Thursday, June 18, 2020,**
by individually and personally delivering to the within named:

**ONEPLUS MOBILE COMMUNICATIONS (GUANGDONG) CO., LTD**

By delivering to its **Registered Agent, LEGALINC CORPORATE SERVICES**
By delivering to its **Authorized Agent, PAIGE B**, a true copy of this

**SUMMONS IN A CIVIL ACTION and PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBIT A AND CIVIL COVER SHEET**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **BERT LOTT** who after being duly sworn on oath states: "My name is **BERT LOTT.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Nevada. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
BERT LOTT-PROCESS SERVER #1471

Subscribed and Sworn to by BERT LOTT, Before Me, the undersigned authority, on this __25th__ day of June, 2020.

JILL JUDD
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4862-1
MY APPT. EXPIRES SEPTEMBER 14, 2023

_____
Notary Public in and for the State of Nevada

2020001326